UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: Maurice P. Mason, Jr.  M. B. D. # 04-10036

### ORDER OF TERM SUSPENSION

PER CURIAM  January 30, 2004

The Court having been advised that Maurice P. Mason, Jr. has been suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts for a period of 30 Months, Maurice P. Mason, Jr. is likewise forthwith suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts for a like period.

Should Maurice P. Mason, Jr. desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by Maurice P. Mason, Jr. to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

Maurice P. Mason, Jr. shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of term suspension.

Date February 5, 2004  William G. Young
District Judge